**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CASE NO.: 5:06CR41**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff** | ) |
| **vs.** | ) |
| | )_____ |
| **JUAN LOPEZ,** | )         _____ |
| **Defendant.** | ) |
| | ) |
| _____ | ) |

**ORDER GRANTING**
**MOTION TO APPEAR PRO HAC VICE**

**THIS MATTER IS BEFORE THE COURT** on Christopher D. Johnson's Motion to Appear *Pro Hac Vice*. It appearing that Christopher D. Johnson is a member in good standing with the California State Bar, the Court enters the following Order:

**IT IS, THEREFORE, ORDERED** that

(1)     Christopher D. Johnson's Motion for Admission *Pro Hac Vice* is **GRANTED**; and

(2)     Christopher D. Johnson remit to the Clerk the required special admission fee of $100.00, if such fee has not already been paid.

Signed: September 27, 2006

David C. Keesler
United States Magistrate Judge