IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO.: 5:06CR41

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff<br>vs.<br><br>JUAN LOPEZ,<br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING
## MOTION TO APPEAR PRO HAC VICE

**THIS MATTER IS BEFORE THE COURT** on Defendant's Notice and Motion to Appear *Pro Hac Vice* (document #173) filed December 5, 2006. It appearing that Samuel J. Long is a member in good standing with the California State Bar, and it further appearing that attorney Roy H. Wiggins will be serving as local counsel, the Court enters the following Order:

**IT IS, THEREFORE, ORDERED** that

(1) Samuel J. Long's Motion for Admission *Pro Hac Vice* is **GRANTED**; and

(2) Samuel J. Long remit to the Clerk the required special admission fee of $100.00, if such fee has not already been paid.

Signed: December 5, 2006

David C. Keesler
United States Magistrate Judge