**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO.: 5:06CR41-RLV-DCK**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff** | ) |
| **vs.** | ) |
| | )_____ |
| **JUAN LOPEZ,** | )      _____ |
| **Defendant.** | ) |
| | ) |
| | ) |

**ORDER GRANTING
APPLICATION TO APPEAR PRO HAC VICE**

**THIS MATTER IS BEFORE THE COURT** on Defendant's Application to Appear *Pro Hac Vice* (document #266) filed October 22, 2007.  It appearing that George A. Young is a member in good standing with the Texas State Bar, the Court enters the following Order:

**IT IS, THEREFORE, ORDERED** that

(1)     George A. Young's Application to Appear *Pro Hac Vice* is **GRANTED**.

**SO ORDERED.**

Signed: October 23, 2007

_____

David C. Keesler
United States Magistrate Judge