UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:06CR41-14-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JUAN LOPEZ )<br>) | SCHEDULING ORDER |

This matter is before the Court upon Fourth Circuit Court of Appeals Order remanding this matter for further proceedings, filed on April 30, 2014. More specifically, Fourth Circuit granted a certificate of appealability only on Defendant's claim that trial counsel was ineffective for failing to initiate plea negotiations with the Government after Defendant directed him to do so.

**IT IS, THEREFORE, ORDERED** that:

The Bureau of Prisons and the United States Marshals Service is hereby ORDERED to transport and produce the body of JUAN LOPEZ (USM# 20931-058), for an Evidentiary Hearing our September 2, 2014, at 2 PM, before the Honorable Richard L. Voorhees, in the Western District of North Carolina, Statesville Courthouse, 200 West Broad Street, 2nd Floor Courtroom, Statesville, North Carolina, not later than August 15, 2014, and upon completion of the Evidentiary Hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office.

Signed: June 19, 2014

Richard L. Voorhees
United States District Judge